AUSA: Blaine Longsworth Telephone: 810.766.5177

Special Agent : Candace Booth Telephone: 810.341.5710

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

Plaintiff,

v.

ALONZO McBRIDE-DABNEY,

Defendant(s).

Case: 4:26-mj-30309
Judge: Ivy, Curtis
Filed: 05-26-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of May 7, 2026 and May 11, 2026, in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)1 | Possession of a controlled substance with intent to distribute |

This criminal complaint is based on these facts:

There is probable cause that on or about May 7, 2026, and May 11, 2026, in the Eastern District of Michigan, Alonzo McBride-Dabney violated 21 U.S.C. § 841(a)(1) by distributing cocaine.

☑ Continued on the attached sheet.

*Complainant's signature*

Candace Booth, Special Agent - ATF&E
*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: May 26, 2026

City and state: Flint, Michigan

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent Candace Booth, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION & AGENT BACKGROUND**

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, since April 2009. I am currently assigned to the Flint Field Office. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law. Prior to ATF,

I was a US Border Patrol Agent with Department of Homeland Security in Yuma, Arizona for approximately 18 months.

**PURPOSE OF AFFIDAVIT**

3. The purpose of this affidavit is to show probable cause that on or about May 7, 2026, and May 11, 2026, in the Eastern District of Michigan, Alonzo McBride-Dabney (DOB XX/XX/1991) violated 21 U.S.C. § 841(a)(1) by distributing cocaine.

**PROBABLE CAUSE**

4. On May 7, 2026, and May 11, 2026, Alonzo McBride-Dabney sold about 4.5 grams of cocaine and seven grams of crack cocaine respectively to an undercover ATF agent (UCA).

5. Since May 2026, ATF Special Agents have been investigating Alonzo McBride-Dabney for drug dealing, including violations of 21 U.S.C. § 841(a)(1). On May 2, 2026, ATF Special Agents (SA's) spoke with ATF Confidential Informant #22211 ("CI-1") about a person known as "Taydo." CI-1 provided a description of "Taydo" and informed agents that they have talked about guns, crack cocaine, and fentanyl. "Taydo" identified his phone number as [redacted]3584 to CI-1.

6. On May 7, 2026, CI-1 and an ATF agent acting in an undercover capacity (UCA) engaged in a controlled purchase of narcotics from "Taydo" in a parking lot on North Saginaw Street in Mount Morris, Michigan. The agent video-recorded the controlled buy. "Taydo" distributed an amount of cocaine in exchange for money. After the deal, using law enforcement investigative techniques on open-source data, the UCA positively identified "Taydo" as Alonzo McBride-Dabney, DOB: XX/XX/1991. The suspected cocaine was later tested and weighed by ATF Task Force Officer Cody Black of the Michigan State Police. The narcotics field-tested positive for the presence of cocaine and weighed about 4.5 grams.

7. On May 11, 2026, the UCA engaged in a second controlled purchase of narcotics from McBride-Dabney in Flint, Michigan. The parties agreed to meet on a side street located off Saginaw Street, north of Pierson. The UCA purchased some crack cocaine from McBride-Dabney, who directly distributed it to the UCA. The agent video-recorded the controlled buy. The suspected crack cocaine was later tested and weighed. It tested positive for presence of cocaine base and weighed approximately seven grams.

**CONCLUSION**

8. Based upon the above information, there is probable cause that on or about May 7, 2026, and May 11, 2026, in the Eastern District of Michigan, Alonzo McBride-Dabney violated 21 U.S.C. § 841(a)(1) by distributing cocaine.

Special Agent Candace Booth
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or
by reliable electronic means.

Honorable Curtis Ivy, Jr.
United States Magistrate Judge

Dated: May 26, 2026